[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 19, 2010
JOHN LEY
CLERK

No. 09-13239
Non-Argument Calendar

_____

D.C. Docket No. 08-00315-CR-WTM-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JERNARD AKINS,
a.k.a. Nardy,
a.k.a. Genard Akins,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Georgia

_____

(February 19, 2010)

Before CARNES, WILSON and FAY, Circuit Judges

PER CURIAM:

John D. Harvey, appointed counsel for Jernard Akins in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Akins's convictions and sentences are **AFFIRMED**.